

**Hailey Kaye**

hailey.kaye@dentons.com
D   +1 212-398-5822

Dentons US LLP
1221 Avenue of the Americas
New York, NY  10020-1089
United States

dentons.com

May 20, 2026

Granted.  No further extensions.

SO ORDERED:

5/20/2026

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

**VIA ECF**

The Honorable Robert W. Lehrburger
United States Magistrate Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:    *Knowles v. Prestige Consumer Healthcare, Inc.*, Case No. 1:26-cv-00318-PAE-RWL

Dear Judge Robert W. Lehrburger,

We represent Defendant Prestige Consumer Healthcare, Inc. ("Defendant") in the above-referenced matter. Together with counsel for plaintiff, we jointly and respectfully move this Court to stay all case deadlines in this action for forty-five (45) days, from May 20, 2026, to July 3, 2026.

This requested stay will permit the parties to finalize their efforts to bring about the voluntary dismissal of all claims asserted in this action without further litigation. Once those efforts are complete, voluntary dismissal will be filed.

Respectfully submitted,

*/s/ Hailey Kaye*
Hailey Kaye

cc:    All counsel of record (by ECF)

Puyat Jacinto & Santos ► Link Legal ► Zaanouni Law Firm & Associates ► LuatViet ► For more information on the firms that have come together to form Dentons, go to dentons.com/legacyfirms